<table>
<tr><td>

Lawrence E. Abelman<br>
Jeffrey A. Schwab<br>
Victor M. Tannenbaum<br>
Peter J. Lynfield<br>
Caridad Piñeiro Scordato<br>
Michael Aschen<br>
Julianne Abelman<br>
Julie B. Seyler<br>
Marie Anne Mastrovito<br>
Anthony A. Coppola<br>
Ned W. Branthover<br>
Anthony J. DiFilippi<br>
Michael J. Schwab<br>
Jennifer R. Waitman<br>
Norman D. Hanson<br>
Frank Terranella<br>
Ralph J. Crispino<br>
Douglas J. Gilbert<br>
———<br>
WRITER'S DIRECT DIAL:<br>
(212) 885-9207<br>
———<br>
WRITER'S E-MAIL:<br>
maschen@lawabel.com

</td><td>

**ABELMAN, FRAYNE & SCHWAB**

Attorneys at Law<br>
666 Third Avenue<br>
New York, New York 10017-5621<br>
———————<br>
Telephone: (212) 949-9022<br>
Facsimile:  (212) 949-9190<br>
e-mail@lawabel.com

December 19, 2016

</td><td>

Of Counsel:<br>
Thomas E. Spath<br>
Melvin L. Ortner<br>
J. David Dainow<br>
David Toren (Ret.)<br>
———<br>
Lori B. Cohen<br>
Steven M. Hertzberg<br>
Charles S. Stein<br>
Theodore J. Pierson<br>
Erica R. Halstead<br>
Aimee M. Allen<br>
Arrielle S. Millstein<br>
———<br>
Alexander Zinchuk*<br>
*(Registered Patent Agent)

</td></tr>
</table>

***Filed by ECF and Faxed to Chambers (212) 805-7927***

The Honorable Naomi Reice Buchwald<br>
United States District Judge<br>
Daniel Patrick Moynihan U.S. Courthouse<br>
500 Pearl Street<br>
New York, NY 10007-1312

    *Re:  Siemens Aktiengesellschaft v. Sunfrog, LLC*; 1:16-cv-08411 (NRB)(BCM); Our Ref: 224754.

Dear Judge Buchwald:

    We represent the plaintiff Siemens Aktiengesellschaft ("Siemens AG"). We are responding to the letter to you that defendant's counsel filed by ECF on December 16, 2016, in which he requests a pre-motion conference to seek leave to file a motion to dismiss the Complaint.

    Defendant appears to be seeking permission to move to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). There is, however, no basis for such a motion. For example, Defendant states that "Plaintiff has failed to specifically identify the mark(s) that it believes have been infringed." However, paragraph 16 of Complaint identifies the registration numbers for the SIEMENS trademark, and paragraph 21 states that "[t]he defendant Sunfrog's offering of garments bearing the infringing designation 'Siemens' … constitutes trademark infringement".

    The second and third purported grounds for dismissal in Defendant's letter are that the "Defendant has not used Plaintiff's alleged mark as a trademark" and that "Defendant's use of Plaintiff's mark is allowed under the doctrine of fair use". The attached screenshot from the Defendant's website shows

that it is continuing to offer products for sale that infringe and dilute the SIEMENS trademark. No fair use exception applies to this commercial offering.

Finally, the Defendant's letter states that, with regard to Siemens' fifth claim for *prima facie* tort, "Siemens has not adequately pled special damages." The Complaint alleges that the Defendant is "deliberately attempting to confuse the public concerning the source, origin, and/or sponsorship of garments sold on its website", *e.g.*, paragraph 9. This confusion necessarily results is the loss of customers, *i.e.*, special damages.

Although Defendant's contemplated motion has no merit we have no objection to a pre-motion conference. We ask, however, that due to our limited availability during the upcoming holiday season the conference not be scheduled until after the first week in January.

Respectfully,

Michael Aschen

MA:zs
attachment
cc: Siemens Aktiengesellschaft
　　Lawrence E. Abelman, Esq.

⚠ **Delivery Time Notice** Estimated delivery for domestic orders placed today is December 24-29

## SEARCH RESULTS FOR: "Siemens"

Sort by Most Popular



I Cant Keep Calm Im...



Its a SIEMENS Thing...



No, Im Not Superhero



SIEMENS



SIEMENS



A9437 SIEMENS -...


TEAM SIEMENS...


SIEMENS


I Cant Keep Calm Im...


Its a SIEMENS thing.


Its a SIEMENS Thing


Its A SIEMENS thing,






I Cant Keep Calm Im...



Its a SIEMENS Thing...



Kiss me im a SIEMENS



its A SIEMENS Thing...



SIEMENS - I may be



funny SIEMENS Rule...







SIEMENS - Kiss Me...



Its a SIEMENS Thing,



Never Underestimate...



SIEMENS Last Name,...



SIEMENS-the-awesome



SIEMENS-the-awesome






[Tees4u] - Team...


SIEMENS


Keep calm and drink...

⌄ View More Designs

**BUYERS**

FAQ/Contact Us (/Contact/)
Tracking (/Contact/orders/)
Size Chart (/size/)

**SELLERS**

Seller Login (https://manager.sunfrogshirts.com/)
Seller Signup (/Affiliates/)
School (http://school.sunfrog.com/)

**ARTISTS**

Artist Login (https://manager.sunfrogshirts.com/)

**LARGE ORDER SERVICES**

Wholesale (/Wholesale/)
FulFillment (http://fulfillment.sunfrog.com/)

**ABOUT**

Press (http://press.sunfrog.com)
Team (http://team.sunfrog.com)
Legal (/legal/)
Jobs (/Careers/)

(https://www.facebook.com/SunFrogShirts) (mailto:help@sunfrog.com) (https://instagram.com/sunfrogshirts/) (https://twitter.com/SunfrogShirts) (http://youtube.com/SunfrogShirts)

BE THE FIRST TO KNOW ABOUT NEW DESIGNS & **SPECIAL OFFERS!**

[Your email address]

[SIGN ME UP!]

OR UNSUBSCRIBE HERE (HTTP://SUNFROG.US13.LIST-MANAGE1.COM/UNSUBSCRIBE?U=DDB80B194C65ABC0F9C3BA224&ID=B6B465FAF2)

(https://www.bbb.org/western-michigan/business-reviews/t-shirts/sunfrog-in-gaylord-mi-38160603#bbbseal)

(https://www.bbb.org

© COPYRIGHT SUNFROG.COM 2016